JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BUFKIN,<br><br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Comm'r of Social Security,<br><br>    Defendant<br>_____ | Case No. 2:17-CV-00588-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to September 6, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to Plaintiff's counsel's heavy workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: August 4, 2017	JACQUELINE A. FORSLUND
	Attorney at Law

	*/s/Jacqueline A. Forslund*
	JACQUELINE A. FORSLUND

	Attorney for Plaintiff


Date:  August 4, 2017	PHILIP A. TALBERT
	United States Attorney
	DEBORAH STACHEL
	Regional Chief Counsel, Region IX
	Social Security Administration

	*/s/Jennifer A. Kenney for Cynthia B. De Nardi*
	JENNIFER A. KENNEY FOR CYNTHIA B. DE NARDI
	Special Assistant United States Attorney
	*By email authorization

	Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  08/07/17

	KENDALL J. NEWMAN
	UNITED STATES MAGISTRATE JUDGE