JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BUFKIN, ) | Case No.  2:17-CV-00588-KJN |
| ) | |
| Plaintiff ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGEMENT** |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to October 6, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to the fact that Plaintiff's counsel was unable to complete this Brief in advance of a family vacation, as planned.  Plaintiff's counsel regrets any inconvenience caused by this delay and assures the Court that there will be no further delays.

**Bufkin v. Berryhill**          **Stipulation and ~~Proposed~~ Order**          **E.D. Cal. 2:17-cv-00588-KJN**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: September 1, 2017          JACQUELINE A. FORSLUND
                                 Attorney at Law


                                 */s/Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND

                                 Attorney for Plaintiff


Date:  September 4, 2017         PHILIP A. TALBERT
                                 United States Attorney
                                 DEBORAH STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */s/Cynthia B. De Nardi*
                                 CYNTHIA B. DE NARDI
                                 Special Assistant United States Attorney
                                 *By email authorization

                                 Attorney for Defendant


                                 ORDER

APPROVED AND SO ORDERED


Dated:  September 6, 2017

                                 _____
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE

**Bufkin v. Berryhill**          **Stipulation and ~~Proposed~~ Order**          **E.D. Cal. 2:17-cv-00588-KJN**