JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHARLES BUFKIN,                                    )          Case No.  2:17-CV-00588-KJN
                                                              )
        Plaintiff                                       )          **STIPULATION AND**
                                                              )          **ORDER FOR EXTENSION OF TIME**
v.                                                           )          **TO FILE PLAINTIFF'S REPLY BRIEF**
                                                              )
NANCY A. BERRYHILL,                           )
Acting Comm'r of Social Security,           )
                                                              )
        Defendant                                    )
                                                              )
_____)

        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 21 Days to December 18, 2017, for Plaintiff to file his Reply Brief, in accordance with the

Court's Scheduling Order.  This is Plaintiff's first request for an extension for his Reply Brief.  It is

requested due to the fact that Plaintiff's counsel has several other filings due the same day.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 20, 2017    JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: November 21, 2017   PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: November 27, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bufkin v. Berryhill   Stipulation and Proposed Order  E.D. Cal. 2:17-cv-00588-KJN